1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Matthew J. Langley (SBN 342846)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
Tel: (773) 554-9354)
matt@almeidalawgroup.com

*Attorney for Plaintiff*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

BIANCA JOHNSTON, *individually and on behalf of herself and all others similarly situated*,

                              Plaintiff,

     vs.

ALL ONE GOD FAITH, INC, d/b/a/ DR. BRONNER'S,

                              Defendant(s).

)  Case No.: 25CV1147-JO BLM
)
)  [Assigned to Judge Jinsook Ohta]
)
)
)
)  **JOINT MOTION FOR DISMISSAL**
)  **WITH PREJUDICE OF**
)  **PLAINTIFF'S INDIVIDUAL**
)  **CLAIMS**
)
)  [Filed concurrently with
)  Proposed Order]
)

**JOINT MOTION**

Pursuant to Civil Rule 7.2, Plaintiff Bianca Johnston ("Plaintiff") and Defendant All One God Faith d/b/a Dr. Bronner's ("Defendant and together with Plaintiff, the "Parties") hereby submit this Joint Motion for Dismissal (the "Joint Motion") by and through their undersigned counsel, submit the following joint motion and stipulate as follows:

1.      Plaintiff filed her Complaint on May 6, 2025 (Dkt. No. 1), and an

1  Amended Complaint on July 29, 2025 (Dkt. No. 11).

2      2.      On August 27, 2025, Defendant moved to dismiss the Amended
3  Complaint in its entirety, with prejudice.  *See* Dkt. No. 14.  On October 21, 2025,
4  Defendant filed reply papers that completed briefing on such motion to dismiss.  *See*
5  Dkt. No. 22.

6      3.      On October 28, 2025, the parties jointly informed the Court that a
7  settlement has been reached, and that Plaintiff shall be filing dismissal papers
8  pursuant to FRCP 41(a)(1) as provided under the terms of the parties' settlement.
9  Such settlement shall not be construed as an admission of liability by any party.

10     4.      On October 28, 2025, the Court issued an Order Confirming Settlement
11 and Setting Deadline to File Joint Motion for Dismissal, which vacated all pending
12 dates and set a deadline of December 30, 2025 for the parties to file a joint motion
13 for dismissal of this case, signed by counsel of record.  Dkt. No. 24.

14     5.      Pursuant to the Court's October 28, 2025 Order, the Parties hereby
15 jointly move the Court to dismiss this action in its entirety with prejudice.

16     **NOW, THEREFORE**, based on the foregoing stipulation, and for all the
17 reasons set forth above, the Parties jointly move this Court for an Order dismissing
18 Plaintiff Bianca Johnston's claims against Defendant All One God Faith d/b/a Dr.
19 Bronner's, with prejudice as to Plaintiff's individual claims.

20

21 DATED: November 7, 2025                    By: */s/ Matthew J. Langley*

22                                            Matthew J. Langley (SBN 342846)
23                                            **ALMEIDA LAW GROUP LLC**
                                             849 W. Webster Avenue
24                                            Chicago, IL 60614
                                             Tel: (773) 554-9354)
25                                            matt@almeidalawgroup.com

26
                                             *Attorney for Plaintiff*
27
                                             By: */s/ Christopher Y.L. Yeung*
28
- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Christopher Y. L. Yeung (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
30 Hudson Yards
New York, NY 10001-2170
Tel: (212) 841-1000

Stephen Petkis (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, DC 20001-6000
Tel: (202) 662-6000
spetkis@cov.com

Christopher K. Eppich (SBN 228025)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4764
ceppich@cov.com

*Attorneys for Defendant*

JOINT MOTION FOR DISMISSAL WITH PREJUDICE
CASE NO. 25CV1147-JO BLM

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 6, 2025, I electronically filed the foregoing JOINT MOTION FOR DISMISSAL WITH PREJUDICE with the United States District Court for the Southern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

DATED: November 7, 2025                          Respectfully Submitted,


                                                 */s/Matthew J. Langley*
                                                 Matthew J. Langley (SBN 342846)

JOINT MOTION FOR DISMISSAL WITH PREJUDICE
CASE NO. 25CV1147-JO BLM